```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      EASTERN DIVISION
```

EDWARD JAMES HOPSON, #74709                                PLAINTIFF

VERSUS                          CIVIL ACTION NO.  4:06cv134-TSL-LRA

BILLY SOLLIE, TOM MILLER, AND MIKE VICK                   DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to pay the filing fee.

SO ORDERED AND ADJUDGED, this the <u> 9th </u> day of January, 2007.

<u>/s/Tom S. Lee                        </u>
UNITED STATES DISTRICT JUDGE